UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL BERESWILL,

                      Plaintiff,

  - against -

BLEACHER REPORT, INC.

                      Defendant.

Docket No. 1:18-cv-278

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Paul Bereswill ("Bereswill" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Bleacher Report, Inc. ("Bleacher" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of American rapper 50 Cent at a New York Knicks game, owned and registered by Bereswill, a New York based professional photographer. Accordingly, Bereswill seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant resides in and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Bereswill is a professional photographer in the business of licensing his photographs to online and print media for a fee having a usual place of business at 622 South Main Street, Freeport, New York 11520.

6. Upon information and belief, Bleacher is a foreign business corporation duly organized under the laws of the state of Delaware with a place of business at 29 West 17th Street, 10th Floor, New York, New York 10011. Upon information and belief, Bleacher is registered with the New York State Department of Corporation to do business in New York. At all times material, hereto, Bleacher has owned and operated a website at the URL: www.BleacherReport.com (the "Website").

## STATEMENT OF FACTS

### A. Background and Plaintiff's Ownership of the Photograph

7. Bereswill photographed American rapper 50 Cent at a New York Knicks game with business partner Steve Stoute (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Bereswill is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with the United States Copyright Office and was given registration number VA 2-080-287.

### B. Defendant's Infringing Activities

10. On March 2, 2014, Bleacher ran an article on the Website entitled *50 Cent Reportedly Gets in Confrontation While Sitting Courtside at Knicks Game.* See

http://bleacherreport.com/articles/1978761-50-cent-reportedly-gets-in-confrontation-while-sitting-courtside-at-knicks-game. The article prominently featured the Photograph. A true and correct copy of the article is attached hereto as Exhibit B.

11. Bleacher did not license the Photograph from Plaintiff for its article, nor did Bleacher have Plaintiff's permission or consent to publish the Photograph on its Website.

12. Bereswill first discovered the use of the Photograph on the Website in October 2017.

### CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST BLEACHER)
### (17 U.S.C. §§ 106, 501)

13. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-12 above.

14. Bleacher infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Bleacher is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

15. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

16. Upon information and belief, the foregoing acts of infringement by Bleacher have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

17. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Bleacher be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded pre-judgment interest; and

5. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
January 12, 2018

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
    Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Paul Bereswill*